No. 999. CITY AND COUNTY OF SAN FRANCISCO *v.* WILLIAMS ET AL. June 14, 1943. Petition for writ of certiorari to the District Court of Appeals, First Appellate District, of California, denied. *Messrs. John J. O'Toole* and *Dion R. Holm* for petitioner.

No. 1017. AMTORG TRADING CORP. ET AL. *v.* AMERICAN FOREIGN STEAMSHIP CORP. ET AL. June 14, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Charles Recht* and *Edward G. Dobrin* for petitioners. *Mr. George deForest Lord* for respondents.

No. 1018. L. A. WELLS CONSTRUCTION Co. *v.* COMMISSIONER OF INTERNAL REVENUE. June 14, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Meyer A. Cook* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key* and *Samuel H. Levy* for respondent.

No. 1019. WALLING, ADMINISTRATOR, *v.* T. BUETTNER & Co. June 14, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Solicitor General Fahy* and *Mr. Irving J. Levy* for petitioner. *Mr. Walter Bachrach* for respondent.

No. 1020. NORTH KANSAS CITY DEVELOPMENT Co. ET AL. *v.* CHICAGO, BURLINGTON & QUINCY RAILROAD Co. June 14, 1943. Petition for writ of certiorari to the Cir-